**DENIED and Opinion Filed October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01316-CV

## IN RE BRIAN D. MARTEL, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52347-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Stoddart

Relator filed this petition for writ of mandamus requesting that the Court order the trial court to vacate the portion of its October 27, 2015 Order on Motion to Compel Discovery and For Sanctions that requires relator to produce documents the trial court found relator has a statutory right to receive from Gearbox Software, LLC under the Texas Business Organizations Code. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). We conclude relator has failed to establish a right to relief. Accordingly, we deny the petition for writ of mandamus.

/Craig Stoddart/
CRAIG STODDART
JUSTICE

151316F.P05